No. 96–590.  SHERMAN v. SMITH, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 96–597.  HERNANDEZ v. RUNYON, POSTMASTER GENERAL. C. A. 11th Cir.  Certiorari denied.

No. 96–601.  RISSLER & MCMURRY CO. v. WYOMING.  Sup. Ct. Wyo.  Certiorari denied.

No. 96–608.  SAHNI v. AMERICAN DIVERSIFIED INVESTMENT CORP. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–622.  O'NEILL v. CITY OF AUBURN ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 96–660.  LASSITER v. RENO, ATTORNEY GENERAL, ET AL. C. A. 4th Cir.  Certiorari denied.

No. 96–675.  GUILBEAU ET UX. v. W. W. HENRY CO. ET AL. C. A. 5th Cir.  Certiorari denied.

No. 96–714.  UNITED STATES v. WEYERHAEUSER CO. AND SUBSIDIARIES.  C. A. Fed. Cir.  Certiorari denied.

No. 96–720.  KIENZLE v. ENGLEWOOD DISPOSAL CO., INC., ET AL.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 96–727.  HOLMBERG v. CITY OF RAMSEY.  Ct. App. Minn. Certiorari denied.

No. 96–731.  SCHULTZ ET UX. v. CONSOLIDATION COAL CO. ET AL.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 96–734.  PATTERSON ET AL. v. P. H. P. HEALTHCARE CORP. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 96–744.  WEIBLE v. DOCTOR'S ASSOCIATES, INC., ET AL. C. A. 2d Cir.  Certiorari denied.

No. 96–746.  CANADIAN CONSULATE v. HOLDEN.  C. A. 9th Cir. Certiorari denied.